Cite as 2020 Ark. 294

# SUPREME COURT OF ARKANSAS

| | |
|---|---|
| IN RE ARKANSAS ACCESS TO JUSTICE MONTH | **Opinion Delivered:** September 24, 2020 |

### PER CURIAM

As officers of the court, Arkansas attorneys bear a professional responsibility, under Rule 6.1 of the Arkansas Rules of Professional Conduct, to provide free legal services to persons of limited means or organizations that serve persons of limited means and to voluntarily contribute financial support to organizations that provide legal services to persons of limited means. This commitment to public service represents one of the noblest attributes of the legal profession.

We join the Arkansas Access to Justice Commission in designating October as Access to Justice Month to draw attention to the justice gap in Arkansas, recognize the valuable contributions made by legal aid and pro bono attorneys throughout the year, and to encourage pro bono participation to address the legal needs of low-income Arkansans.

The Court commends the many Arkansas attorneys who serve their profession, their communities, and their state by donating thousands of hours of pro bono services

and by making generous financial contributions to legal aid organizations. The Court encourages all attorneys to abide by both the letter and the spirit of Rule 6.1 through pro bono service and financial support. Consistent with Rule 3.7(B) of the Arkansas Code of Judicial Conduct, the Court also encourages all judges to advocate for pro bono service by attorneys, to participate in events that honor attorneys who provide pro bono service, to write and speak in favor of pro bono service, and to recruit attorneys to provide pro bono service.